LYNN V. RIVERA, ESQ.
NEVADA BAR NO. 6797
**BURNHAM BROWN**
A Professional Law Corporation
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501
---
Telephone: (775) 398-3065
Facsimile: (877) 648-5288
Email: lrivera@burnhambrown.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM J. PASIECZNIK,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.; a foreign Corporation authorized to conduct business in Nevada; DOE PROPERTY OWNER; ROE PROPERTY OWNER; DOE PROPERTY MANAGER; ROE PROPERTY MANAGEMENT COMPANY; DOE SECURITY EMPLOYEE; ROE SECURITY COMPANY; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive, jointly and severally,<br><br>Defendants. | Case No. 2:20-cv-02202-RFB-BNW<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER IN COMPLIANCE WITH LR 26-1(b) TO EXTEND DISCOVERY DEADLINES**<br><br>(Second Request) |

Plaintiff WILLIAM PASIECZNIK and Defendant HOME DEPOT U.S.A., INC. ("Home Depot") by and through their attorneys of record hereby jointly stipulate and respectfully request this Honorable Court order a continuance of the discovery deadlines for 90 days pursuant to FRCP 26 and Local Rule 26-1.

1. <u>Discovery completed</u>: To date, the Parties have exchanged Initial Disclosures and have exchanged written discovery requests.

2. <u>Discovery remaining to be completed</u>: The Parties intend to conduct the following depositions: (1) Deposition of the Plaintiff, (2) Depositions of the City of Henderson police officers; (3) the City of Henderson Fire Department representatives; and (4) conduct an independent medical examination(s) of the Plaintiff. Home Depot noticed the deposition of the Plaintiff but his attorney withdrew three days before the deposition so the plaintiff's deposition had to be re-noticed to afford him time to find another attorney.

3. <u>Description of why remaining discovery has not been completed within the time limits previously set by the Court</u>: The Parties have good cause for the 90 day extension of the discovery deadlines because Plaintiff's Counsel recently substituted into the case on June 30, 2021.

4. <u>Proposed schedule for completing all remaining discovery</u>: Based on the foregoing, the Parties respectfully request that the Court grant their joint request to extend the discovery deadlines, as follows:

|  | Current Dates | Proposed Dates |
| --- | --- | --- |
| Last day to make initial expert disclosures | July 7, 2021 | October 5, 2021 |
| Last day to make rebuttal expert disclosures | August 9, 2021 | November 8, 2021 |
| Discovery Cut-Off | September 6, 2021 | December 6, 2021 |
| Dispositive Motions | October 5, 2021 | January 3, 2022 |
| Pretrial Order | November 4, 2021 | February 2, 2022 |

Pursuant to Local Rule 26-4, this Stipulation was agreed upon telephonically as soon as new counsel substituted into the case. Plaintiff was in proper person in the 21 days before the first deadline but was actively looking for a new attorney. Home Depot transmitted the file materials to Plaintiff's counsel and he needs additional time to review the file materials in the case. The Parties' request is made in good faith and not for purposes of delay.

///

///

///

///

///

**IT IS SO STIPULATED.**

DATED: July 6, 2021  BOWEN LAW OFFICES

By */s/ Jerome R. Bowen*
JEROME R. BOWEN
JEFFREY W. CHRONISTER
Attorneys for Plaintiff
WILLIAM J. PASIECZNIK

DATED: July 6, 2021  BURNHAM BROWN

By */s/ Lynn V. Rivera*
LYNN V. RIVERA
Attorneys for Defendant
HOME DEPOT U.S.A., INC.

### Order

The Court reviewed the parties' stipulation to extend discovery. ECF No. 23. The parties state that good cause exists to grant an extension of the discovery deadlines because Plaintiff's counsel recently substituted into this case. Under the Local Rule IA 11-6(d), "substitution of an attorney will not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in the case." Accordingly, ECF No. 23 is DENIED without prejudice.

**IT IS SO ORDERED**

**DATED:** 2:07 pm, July 09, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**