JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WILLIAM J. PASIECZNIK,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.; a foreign Corporation authorized to conduct business in Nevada; DOE PROPERTY OWNER; ROE PROPERTY OWNER; DOE PROPERTY MANAGER; ROE PROPERTY MANAGEMENT COMPANY; DOE SECURITY EMPLOYEE; ROE SECURITY COMPANY; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive, | Case No.  2:20-cv-02202-RFB-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION TO EXCLUDE EXPERT TESTIMONY OR OPINION FROM NON-RETAINED TREATMENT PROVIDERS PURSUANT TO RULE 37( C)- (ECF 69)**<br><br>**(First Request)** |

Plaintiff and Defendant have stipulated and agreed to an extension of time from January 17, 2023 to January 20, 2023 for Plaintiff to file his Response to *Defendant's Motion to Exclude Expert Testimony or Opinion from Plaintiff's Non-retained Treatment Providers Pursuant to Rule 37(c)* (ECF 69) filed on January 3, 2023. The reasons supporting this stipulation are as follows: Plaintiff's counsel was scheduled for trial beginning January 17, 2023, which was recently vacated, as well as been traveling on out-of-state depositions and meetings. Plaintiff's Counsel requires additional time to meet and confer with his client in preparations for his response. The Plaintiff wishes to provide

the Court a complete outline of facts and issues.

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 17th day of January, 2023.                    Dated this 17th day of January, 2023.

**BOWEN LAW OFFICES**                                    **RESNICK & LOUIS, P.C.**

*/s/ Jerome R. Bowen, Esq.*                              */s/ Lynn V. Rivera, Esq.*
JEROME R. BOWEN, ESQ.                                    LYNN V. RIVERA, ESQ.
Nevada Bar No. 4540                                      Nevada Bar No. 6797
JEFFREY W. CHRONISTER, ESQ.                              Attorney for Defendant
Nevada Bar No. 15194
Attorneys for Plaintiff

                                    **ORDER**
                              **IT IS SO ORDERED**

**DATED:** 12:24 pm, January 18, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**