JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**\* \* \***

WILLIAM J. PASIECZNIK,

Plaintiff,

v.

HOME DEPOT U.S.A., INC.; a foreign Corporation authorized to conduct business in Nevada; DOE PROPERTY OWNER; ROE PROPERTY OWNER; DOE PROPERTY MANAGER; ROE PROPERTY MANAGEMENT COMPANY; DOE SECURITY EMPLOYEE; ROE SECURITY COMPANY; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive,

Case No. 2:20-cv-02202-RFB-BNW

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S RESPONSE TO DEFENDANT HOME DEPOT U.S.A., INC.'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNIVELY, PARTIAL SUMMARY JUDGMENT(ECF 68)**

**(First Request)**

Plaintiff and Defendant have stipulated and agreed to an extension of time from January 24, 2023 to January 27, 2023 for Plaintiff to file his Response to *Defendant Home Depot U.S.A., Inc.'s Motion for Summary Judgment, or Alternively, Partial Summary Judgment* (ECF 68)  filed on January 3, 2023.  The reasons supporting this stipulation are as follows: Plaintiff's counsel was scheduled for trial beginning January 17, 2023, which was recently vacated, as well as been traveling on out-of-state depositions and meetings. Plaintiff's Counsel requires additional time to meet and confer with his client in preparations for his response. The Plaintiff wishes to provide the Court a

1    complete outline of facts and issues.

2           This is the first extension of time requested by the Parties related to this Motion, which is

3    made in good faith and not for purposes of delay.

4
5    Dated this 23rd day of January, 2023.          Dated this 23rd day of January, 2023.

6    **BOWEN LAW OFFICES**                          **RESNICK & LOUIS, P.C.**

7    /s/ Jerome R. Bowen, Esq.                      /s/ Lynn V. Rivera, Esq.
     JEROME R. BOWEN, ESQ.                          LYNN V. RIVERA, ESQ.
8    Nevada Bar No. 4540                            Nevada Bar No. 6797
     JEFFREY W. CHRONISTER, ESQ.                    Attorney for Defendant
9    Nevada Bar No. 15194
10   Attorneys for Plaintiff

11                                     **ORDER**

12          IT IS SO ORDERED.

13                                     _____
                                       RICHARD F. BOULWARE, II
14                                     UNITED STATES DISTRICT JUDGE
                                       DATED this 25th day of January, 2023.
15

16

17

18

19

20

21

22

23

24

25

26

27

                                       Page 2 of  2