1  JEROME R. BOWEN, ESQ.
   Nevada Bar No. 4540
2  JEFFREY W. CHRONISTER, ESQ.
   Nevada Bar No. 15194
3  **BOWEN LAW OFFICES**
   9960 W. Cheyenne Ave., Suite 250
4  Las Vegas, Nevada 89129
   Ph: (702) 240-5191 Fax: (702) 240-5797
5  Email: twilcox@lvlawfirm.com
   *ATTORNEY FOR PLAINTIFF*
6

7                    **UNITED STATES DISTRICT COURT**

8                            **DISTRICT OF NEVADA**

9                                    * * *

10

11  WILLIAM J. PASIECZNIK,                    Case No. 2:20-cv-02202-RFB-BNW

12                  Plaintiff,

13  v.

14  HOME DEPOT U.S.A., INC.; a foreign
    Corporation authorized to conduct business in
15  Nevada; DOE PROPERTY OWNER; ROE
    PROPERTY OWNER; DOE PROPERTY
16  MANAGER; ROE PROPERTY
    MANAGEMENT COMPANY; DOE
17  SECURITY EMPLOYEE; ROE SECURITY
    COMPANY; DOES I through X; and ROE
18  CORPORATIONS, XI through XX, inclusive,

19

20

21  **STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S REPLY TO HOME
    DEPOT U.S.A., INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SPOILATION
22                    (ECF 93) - (First Request)**

23

24

25

26

27

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S REPLY TO HOME DEPOT U.S.A., INC'S OPPOSITION TO PLAINTIFF'S MOTION FOR SPOILATION (ECF 93) - (First Request)**

Plaintiff and Defendant have stipulated and agreed to an extension of time from June 30, 2023 to July 7, 2023 for Plaintiff to file his Reply to *Home Depot U.S.A., Inc's Opposition to Plaintiff's Motion for Spoilation* (ECF 93) filed on June 23, 2023.  The reasons supporting this stipulation are as follows: Plaintiff's counsel has been traveling on out-of-state depositions and meetings. Plaintiff's Counsel requires additional time to meet and confer with his client in preparations for his response. The Plaintiff wishes to provide the Court a complete outline of facts and issues.

This is the first extension of time requested by the Parties related to this Motion, which is made in good faith and not for purposes of delay.

Dated this 29th day of June, 2023.                    Dated this 29th day of June, 2023.

**BOWEN LAW OFFICES**                                 **RESNICK & LOUIS, P.C.**

*/s/ Jerome R. Bowen, Esq.*                           */s/ Lynn V. Rivera, Esq.*
JEROME R. BOWEN, ESQ.                                 LYNN V. RIVERA, ESQ.
Nevada Bar No. 4540                                   Nevada Bar No. 6797
JEFFREY W. CHRONISTER, ESQ.                           Attorney for Defendant
Nevada Bar No. 15194
Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.
DATED: June 30, 2023.

_____
United States Magistrate Judge