JEROME R. BOWEN, ESQ.
Nevada Bar No. 4540
JEFFREY W. CHRONISTER, ESQ.
Nevada Bar No. 15194
**BOWEN LAW OFFICES**
9960 W. Cheyenne Ave., Suite 250
Las Vegas, Nevada 89129
Ph: (702) 240-5191 Fax: (702) 240-5797
Email: twilcox@lvlawfirm.com
*ATTORNEY FOR PLAINTIFF*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### * * *

| | |
|---|---|
| WILLIAM J. PASIECZNIK,<br><br>                          Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.; a foreign Corporation authorized to conduct business in Nevada; DOE PROPERTY OWNER; ROE PROPERTY OWNER; DOE PROPERTY MANAGER; ROE PROPERTY MANAGEMENT COMPANY; DOE SECURITY EMPLOYEE; ROE SECURITY COMPANY; DOES I through X; and ROE CORPORATIONS, XI through XX, inclusive, | Case No.  2:20-cv-02202-RFB-BNW |

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S REPLY TO HOME DEPOT U.S.A., INC.'S OPPOSITION TO MOTION IN LIMINE NO. 1 TO EXCLUDE THE EXPERT REPORT, OPINION, AND TRIAL TESTIMONY OF DAVID T. WALTERS, M.D., F.A.C.E.P. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B) (ECF 91)**
**(First Request)**

**STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S REPLY TO HOME DEPOT U.S.A., INC.'S OPPOSITION TO MOTION IN LIMINE NO. 1 TO EXCLUDE THE EXPERT REPORT, OPINION, AND TRIAL TESTIMONY OF DAVID T. WALTERS, M.D., F.A.C.E.P. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2)(B) (ECF 91)**
**(First Request)**

Plaintiff and Defendant have stipulated and agreed to an extension of time from June 29, 2023 to July 7, 2023 for Plaintiff to file his Reply to *Home Depot U.S.A., Inc.'s Opposition to Motion in Limine No. 1 to Exclude the Expert Report, Opinion, and Trial Testimony of David T. Walters, M.D., F.A.C.E.P. Pursuant to Federal Rule of Civil Procedure 23(a)(2)(B)* (ECF 91) filed on June 22, 2023. The reasons supporting this stipulation are as follows: Plaintiff's counsel has been traveling on out-of-state depositions and meetings. Plaintiff's Counsel requires additional time to meet and confer with his client in preparations for his response. The Plaintiff wishes to provide the Court a complete outline of facts and issues.

///

///

///

///

///

///

///

///

///

///

Page 2 of 3

1    This is the first extension of time requested by the Parties related to this Motion, which is

2    made in good faith and not for purposes of delay.

3    Dated this 29th day of June, 2023.                    Dated this 29th day of June, 2023.

4
5    **BOWEN LAW OFFICES**                                 **RESNICK & LOUIS, P.C.**

6    */s/ Jerome R. Bowen, Esq.*                           */s/ Lynn V. Rivera, Esq.*
     JEROME R. BOWEN, ESQ.                                 LYNN V. RIVERA, ESQ.
7    Nevada Bar No. 4540                                   Nevada Bar No. 6797
     JEFFREY W. CHRONISTER, ESQ.                           Attorney for Defendant
8    Nevada Bar No. 15194
     Attorneys for Plaintiff
9

10       IT IS SO ORDERED.                                 **ORDER**

11

12                                                         _____

13                                                         RICHARD F. BOULWARE, II
                                                           UNITED STATES DISTRICT JUDGE
14                                                         DATED this  3rd of day of July, 2023.

15

16

17

18

19

20

21

22

23

24

25

26

27
                                                    Page 3 of  3